United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*if known*): _____ Chapter _____

**FILED**

AUG 1 4 2025

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   524 UNION STREET, a general partnership

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   524 UNION STREET
   SMUCHA BEVERLY & SMUCHA BARAK

3. **Debtor's federal Employer Identification Number (EIN)**

   94-2846188

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 524 UNION STREET | 76 BRENTWOOD |
   | Number   Street | Number   Street |
   | | P.O. Box |
   | SAN FRANCISCO, CA. 94133 | San Francisco, CA. 94127 |
   | City   State   ZIP Code | City   State   ZIP Code |
   | | Location of principal assets, if different from principal place of business |
   | SAN FRANCISCO, CA. | |
   | County | Number   Street |
   | | |
   | | City   State   ZIP Code |

5. **Debtor's website (URL)**

   _____

Case: 25-30645    Doc# 1    Filed: 08/14/25    Entered: 08/14/25 09:32:24    Page 1 of 6

**6. Type of debtor**

  ❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

  ☒ Partnership (excluding LLP)

  ❑ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

  ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

  ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

  ❑ Railroad (as defined in 11 U.S.C. § 101(44))

  ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

  ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

  ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

  ❑ None of the above

B. *Check all that apply:*

  ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

  ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

  ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  __ __ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

  ❑ Chapter 7

  ❑ Chapter 9

  ☒ Chapter 11. *Check all that apply*:

    ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ❑ A plan is being filed with this petition.

    ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

  ❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

  ☒ No

  ❑ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY

           District _____  When _____  Case number _____
                                           MM / DD / YYYY

Case: 25-30645     Doc# 1     Filed: 08/14/25     Entered: 08/14/25 09:32:24     Page 2 of 6

Debtor _____ Case number (if known)_____

Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____

MM / DD / YYYY

Case number, if known _____

11. **Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                                     State ZIP Code

**Is the property insured?**

☒ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Case: 25-30645     Doc# 1     Filed: 08/14/25     Entered: 08/14/25 09:32:24     Page 3 of 6

Debtor _____  Case number (if known)_____
       Name

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8 / 13 2025
             MM / DD / YYYY

X _____        BARAK SMUCHA
Signature of authorized representative of debtor      Printed name

Title ACTING MANAGING PARTNER

### 18. Signature of attorney

X _____        Date _____
Signature of attorney for debtor                 MM / DD / YYYY

Printed name _____

Firm name _____

Number      Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

Case: 25-30645    Doc# 1    Filed: 08/14/25    Entered: 08/14/25 09:32:24    Page 4 of 6

# 524 UNION STREET
## a general partnership
76 Brentwood, San Francisco, CA. 94127. 415-585-0343

GENERAL PARTNERSHIP AUTHORIZATION RESOLUTION

The undersigned ("Partners") certify that they are the only partners or owners of 524 Union Street, a General Partnership ("Partnership") organized under the laws of California, and that the resolutions on this document are a true and correct copy of the resolutions adopted at a meeting of the Partners held on November 12, 2022.

BE IT RESOLVED THAT, the Partners appoint and certify Barak Smucha as hereby authorized and empowered as acting officer of significant duty to exercise the powers listed below:

(1) All Managing Partner business duties in the best interest of 524 Union Street, a general partnership.

(2) Enter into contracts.

(3) Leasing duties, property management, and/or securing third party services.

(4) Entering into agreements on behalf of the Partnership.

(5) All mortgage and finance duties, including but not limited to refinancing, borrowing money in the name of the partnership, signing, executing, and delivering promissory notes, or other related matters.

(6) Sale of equity, in whole or part, including discretion to add or buy out partners or assign and reassign ownership shares.

(7) Authorization to re-assign ownership into a new entity, entity form, and all matters of Title.

(8) Adoption of requirements for nomination and resolution of potential State or National Landmark status.

(9) Assigning the above permissive duties may not be construed as altering, amending or dissolving the existing Partnership agreement. Authority is granted without alteration of corporate papers.

We certify the following information for each individual who directly or indirectly, through any contract, arrangement, understanding, relationship, or otherwise, owns 25 percent or more of the equity interests of the Partnership listed above.

BE IT RESOLVED THAT, this resolution shall continue to have effect until express written notice of its rescission or modification by the Partnership.

BE IT RESOLVED THAT, all transactions, if any, with respect to any deposits, withdrawals and borrowings by or on behalf of said Partnership prior to the adoption of this resolution are hereby ratified.

This resolution is adopted on November 13, 2022 in full force and effect until modified or rescinded by subsequent action of 524 Union Street, a general partnership.

Signature: _Beverly Smucha_

Name: Beverly Smucha

Title: Partner

Dated: 11/13/22

Signature: _____

Name: Barak Smucha

Title: Partner

Dated: 11/13/22